**Order filed April 14, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00665-CV
_____

### DOV AVNI KAMINETZKY, Appellant

### V.

### HARRIS COUNTY APPRAISAL DISTRICT, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2013-12988**

## O R D E R

Following nearly six months of extensions, appellant's brief was due April 4, 2016. When we granted appellant's most recent motion for extension, we stated no further extensions will be granted absent exceptional circumstances. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **May 4, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM